PROB 12B
(7/93)

# United States District Court

for

## Middle District of Alabama

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: William K. Teasley                    Case Number: 2:03CR284-1-WHA

Name of Sentencing Judicial Officer: Honorable W. Harold Albritton, Senior U.S. District Judge

Date of Original Sentence: June 7, 2004

Original Offense: Bank Fraud and Aiding and Abetting

Original Sentence: 36 months custody of BOP; followed by a five year term of supervised release

Type of Supervision: Supervised Release          Date Supervision Commenced: January 27, 2006

## PETITIONING THE COURT

[ ]   To extend the term of supervision for __ years, for a total term of __ years.
[X]   To modify the conditions of supervision as follows:

**The defendant shall participate in the Home Confinement Program for a period of six (6) months to begin at a time designated by the probation officer. During this time, the defendant will remain at his place of residence except for employment and other activities approved in advance by the probation officer. The defendant will maintain a telephone at his residence, without a modem, "call forwarding", "Caller ID", "call waiting", or portable cordless telephones, for the above period. At the direction of the probation officer, the defendant shall wear an electronic monitoring device and follow electronic procedures specified by the probation officer. The defendant shall pay the cost of electronic monitoring as directed by the probation officer.**

**Petition for Warrant or Summons for Offender Under Supervision filed on April 3, 2006, is dismissed without prejudice and the defendant shall be released from the custody of the U.S. Marshal.**

## CAUSE

On March 23, 2006, Teasley submitted to a drug screen which tested presumptive positive for cocaine. Teasley made no admission to using cocaine and the specimen was sent to Scientific Testing Laboratories for verification. On March 30, 2006, results were received and confirmed Teasley's drug screen was positive for cocaine. On March 29, 2006, the probation officer went to Teasley's residence due to him not reporting to work on March 27, 2006, and his recent drug positive. Teasley's property had been removed from his residence and the trailer appeared vacant. A card was left at the residence as well as a message on Teasley's cell phone for him to report to the probation office on March 31, 2006. Teasley failed to report and a warrant was requested for his arrest. Teasley was later located and reported to the probation office on April 10, 2006. After reporting, Teasley admitted to smoking crack cocaine and marijuana from March

PROB 12B
(7/93)

2

23, 2006 until April 2, 2006.   A drug screen was taken and confirmed his drug use of cocaine and marijuana. If the Court agrees to the above modification, Teasley will be able to participate in drug treatment at CAP, maintain his employment and pay towards his restitution.  Teasley is aware that he has tested positive three times since his supervision began and if he continues to use drugs, a revocation hearing would be recommended.

                                      Respectfully submitted,

                     by     /s/ Kevin Poole

                                      U.S. Probation Officer
                                      Date: April 10, 2006

Reviewed and approved:   /s/ Scott Wright
                         Supervisory U.S. Probation Officer

THE COURT ORDERS:

[ ]    No Action
[ ]    The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]    Other

                                                /s/ W. Harold Albritton
                                              Signature of Judicial Officer

                                              4/10/06
                                                   Date